DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
VICTOR HARMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>VICTOR HARMON,  )<br>  )<br>    Defendant.  )<br>_____  ) | NO. CR.S-11-034-LKK<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  March 22, 2011<br>Time:  9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for VICTOR HARMON, that the status conference hearing date of February 16, 2011 be vacated, and the matter be set for status conference on March 22, 2011 at 9:15 a.m.

    The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

1  this order through and including March 22, 2011 pursuant to 18 U.S.C.
2  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
3  T4 based upon continuity of counsel and defense preparation.

DATED:   February 15, 2011.                Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Public Defender


                                           /s/ Courtney Fein
                                           COURTNEY FEIN
                                           Designated Counsel for Service
                                           Attorney for Victor Harmon

DATED:   February 15, 2011.                BENJAMIN WAGNER
                                           United States Attorney


                                           /s/ William Wong
                                           WILLIAM WONG
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff



                                   ORDER

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
ordered that the February 16, 2011, status conference hearing be
continued to March 22, 2011, at 9:15 a.m.  Based on the representation
of defense counsel and good cause appearing therefrom, the Court hereby
finds that the failure to grant a continuance in this case would deny
defense counsel reasonable time necessary for effective preparation,
taking into account the exercise of due diligence.  The Court finds
that the ends of justice to be served by granting a continuance
outweigh the best interests of the public and the defendant in a speedy
trial.  It is ordered that time up to and including the March 22, 2011

1  status conference shall be excluded from computation of time within
2  which the trial of this matter must be commenced under the Speedy Trial
3  Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code
4  T-4, to allow defense counsel reasonable time to prepare.
5  Dated: February 15, 2011

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

3