DANIEL BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar # 244785
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VICTOR HARMON

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S 11-034 LKK |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| VICTOR HARMON, | |
| Defendant. | Judge:   Hon. Lawrence K. Karlton |

_____

   This matter came before the Court for Status Conference on March 22, 2011, in the courtroom of the Honorable Lawrence K. Karlton, Senior U.S. District Court Judge.  The government was represented by its counsel, Assistant United States Attorney William Wong.

   Defendant Victor Harmon, who was present and in custody, was  represented by Assistant Federal Defender Courtney Fein.

   Defense counsel requested that the matter be set for further status conference on April 12, 2011 at 9:15 a.m.

   The parties agreed on the need for additional time to allow for defense preparation.

   IT IS HEREBY ORDERED that this matter be set for further status conference on April 12, 2011 at 9:15 a.m.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period from March 22, 2011 to and including April 12, 2011 is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: <u>March 25, 2011</u>

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT