DANIEL BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar # 244785
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VICTOR HARMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S 11-034 LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| ) | |
| VICTOR HARMON, ) | |
| ) | |
| ) | Judge:   Hon. Lawrence K. Karlton |
| Defendant. ) | |
| ) | |
| _____ | |

This matter came before the Court for Status Conference on April 26, 2011, in the courtroom of the Honorable Lawrence K. Karlton, Senior U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney William Wong.

Defendant Victor Harmon, who was present and in custody, was represented by Assistant Federal Defender Courtney Fein.

Defense counsel requested that the matter be set for further status conference and change of plea on June 1, 2011 at 9:15 a.m.

The parties agreed on the need for additional time to allow for defense preparation.

IT IS HEREBY ORDERED that this matter be set for further status conference and change of plea on June 1, 2011 at 9:15 a.m.

1. IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv)
2. [reasonable time to prepare] (Local Code T4), the period from April 26, 2011 to and including
3. June 1, 2011 is excluded from the time computations required by the Speedy Trial Act due to
4. ongoing preparation of counsel.

DATED: April 28, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT