1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  (916) 498-5700

5  Attorney for Defendant
   VICTOR HARMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-034-LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AMENDED STIPULATION AND ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| VICTOR HARMON, | ) | |
| | ) | Date: August 25, 2011 |
| Defendant. | ) | Time: 9:15 a.m. |
| _____ | ) | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for VICTOR HARMON, that the status conference/change of plea hearing date of July 12, 2011 be vacated, and the matter be set for status conference/change of plea on August 23, 2011 at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including August 25, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: July 8, 2011.                                       Respectfully submitted,

|  |  |
|---|---|
|  | DANIEL J. BRODERICK |
|  | Federal Public Defender |
|  |  |
|  | /s/ Courtney Fein |
|  | COURTNEY FEIN |
|  | Designated Counsel for Service |
|  | Attorney for VICTOR HARMON |
| DATED: July 8, 2011. | BENJAMIN WAGNER |
|  | United States Attorney |
|  |  |
|  | /s/ William Wong |
|  | WILLIAM WONG |
|  | Assistant U.S. Attorney |
|  | Attorney for Plaintiff |

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 12, 2011, status conference hearing be continued to August 23, 2011, at 9:15 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the August 23, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: July 8, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT