DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
VICTOR HARMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | NO. CR.S-11-034-LKK |
|           Plaintiff,   ) | |
|                ) | **STIPULATION AND ORDER;** |
|    v.            ) | **CONTINUING STATUS** |
|                ) | **CONFERENCE AND EXCLUDING** |
| VICTOR HARMON,        ) | **TIME** |
|                ) | |
|           Defendant.  ) | Date:  December 13, 2011 |
|                ) | Time:  9:15 a.m. |
| _____ | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for VICTOR HARMON, that the status conference/change of plea hearing date of November 8, 2011 be vacated, and the matter be set for status conference/change of plea on December 13, 2011 at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to discuss plea negotiations with the government and review a new development in the case with Mr. Harmon and assist him in deciding how to proceed.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 13, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local

1    Code T4 based upon continuity of counsel and defense preparation.

2    DATED:  November 3, 2011.                    Respectfully submitted,

3                                                 DANIEL J. BRODERICK
                                                  Federal Public Defender
4

5                                                 /s/ Courtney Fein
                                                  COURTNEY FEIN
6                                                 Designated Counsel for Service
                                                  Attorney for VICTOR HARMON
7

8    DATED:  November 3, 2011.                    BENJAMIN WAGNER
                                                  United States Attorney
9

10                                                /s/ William Wong
                                                  WILLIAM WONG
11                                                Assistant U.S. Attorney
                                                  Attorney for Plaintiff
12
                                        ORDER
13
           UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the
14
     November 8, 2011, status conference hearing be continued to December 13, 2011 at 9:15 a.m.
15
     Based on the representation of defense counsel and good cause appearing therefrom, the Court
16
     hereby finds that the failure to grant a continuance in this case would deny defense counsel
17
     reasonable time necessary for effective preparation, taking into account the exercise of due
18
     diligence.
19
           The Court finds that the ends of justice to be served by granting a continuance outweigh
20
     the best interests of the public and the defendant in a speedy trial.  It is ordered that time up
21
     to and including the December 13, 2011 status conference shall be excluded from computation
22
     of time within which the trial of this matter must be commenced under the Speedy Trial Act
23
     pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense
24
     counsel reasonable time to prepare.
25

26   Dated: November 3, 2011

27                                                LAWRENCE K. KARLTON
                                                  SENIOR JUDGE
28                                                UNITED STATES DISTRICT COURT

                                           2