```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  COURTNEY FEIN, Bar # 244785
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    VICTOR HARMON
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR.S 11-034 LKK |
| Plaintiff, | ) |
| | ) ORDER AFTER HEARING |
| v. | ) |
| VICTOR HARMON, | ) |
| | ) |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

This matter came before the Court for Status Conference on February 7, 2012, in the courtroom of the Honorable Lawrence K. Karlton, Senior U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney, William Wong.

Defendant Victor Harmon, who was present and in custody, was represented by Assistant Federal Defender Courtney Fein.

Defense counsel requested that the matter be set for further status conference and change of plea on February 28, 2012, at 9:15 a.m.

The parties agreed on the need for additional time to allow for defense preparation.

**IT IS HEREBY ORDERED** that this matter be set for further status conference and change of plea on February 28, 2012, at 9:15 a.m.

**IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv), and Local Code T4, the period from February 7, 2012, up to and including February 28, 2012, is excluded from the time computations required by the Speedy Trial Act due to counsel preparation. The court finds that the ends of justice served by granting this continuance outweigh the best interest of the defendant and the public in a speedy trial.

DATED: February 13, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT