1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   COURTNEY FEIN, Bar #244785
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   (916) 498-5700

5   Attorney for Defendant
    VICTOR HARMON
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,        )   NO. CR. S-11-034-LKK
11                                    )
                         Plaintiff,   )
12                                    )   **STIPULATION AND ORDER**
         v.                           )   **CONTINUING STATUS**
13                                    )   **CONFERENCE  AND EXCLUDING**
    VICTOR HARMON,                    )   **TIME**
14                                    )
                                      )   Date:  March 20, 2012
15                       Defendant.   )   Time:  9:15 a.m.
                                      )   Judge: Hon. Lawrence K. Karlton
16  _____

17
          IT IS HEREBY STIPULATED by and between the parties hereto through their
18
    respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for
19
    Plaintiff, and COURTNEY FEIN, attorney for VICTOR HARMON, that the status
20
    conference/change of plea hearing date of  February 28, 2012 be vacated, and the matter be
21
    set for status conference/change of plea on March 20, 2012 at 9:15 a.m.
22
          The reason for this continuance is to allow defense counsel additional time to discuss
23
    plea negotiations with the government and that defense counsel will be engaged in trial on
24
    February 28, 2012 at 9:00 a.m. on another matter.
25
          Based upon the foregoing, the parties agree that the time under the Speedy Trial Act
26
    should be excluded from the date of signing of this order through and including March 20,
27
    2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local
28

1  Code T4 based upon continuity of counsel and defense preparation.

2  DATED:  February 24, 2012.                    Respectfully submitted,

3                                                DANIEL J. BRODERICK
                                                 Federal Public Defender
4

5                                                /s/ Courtney Fein
                                                 COURTNEY FEIN
6                                                Designated Counsel for Service
                                                 Attorney for VICTOR HARMON
7

8  DATED:  February 24, 2012.                    BENJAMIN WAGNER
                                                 United States Attorney
9

10                                               /s/ William Wong
                                                 WILLIAM WONG
11                                               Assistant U.S. Attorney
                                                 Attorney for Plaintiff
12
                                    ORDER
13
        UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the
14
   February 28, 2012,  status conference hearing be continued to March 20, 2012 at 9:15 a.m.
15
   Based on the representation of defense counsel and good cause appearing therefrom, the Court
16
   hereby finds that the failure to grant a continuance in this case would deny defense counsel
17
   reasonable time necessary for effective preparation, taking into account the exercise of due
18
   diligence.
19
        The Court finds that the ends of justice to be served by granting a continuance outweigh
20
   the best interests of the public and the defendant in a speedy trial.  It is ordered that time up
21
   to and including the March 20, 2012 status conference shall be excluded from computation of
22
   time within which the trial of this matter must be commenced under the Speedy Trial Act
23
   pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense
24
   counsel reasonable time to prepare.
25

26

27  Dated: February 24, 2012

                                                 _____
28                                               LAWRENCE K. KARLTON
                                                 United States District Judge

                                        2