BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00034 LKK |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| VICTOR HARMON, | ) | |
| aka Victor Diamond, | ) | |
| aka Diamond Harmon, | ) | |
| aka Morris Harmon, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Victor Harmon it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Victor Harmon's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.   One New England Firearm, 12 gauge sawed-off shotgun with a barrel length of less than 16 inches and an overall length of less than 26 inches as defined in Title 26, U.S.C. § 5845(a),

    b.   Two rounds of 12 caliber Remington ammunition, and

        c.   Six rounds of 9mm ammunition, manufactured by RWS (Rheinisch Westfalische Sprengstoff).

2. The above-listed property constitutes firearms and ammunition involved or used in a knowing violation of 18 U.S.C. § 922(g)(1).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, in its secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice,

1  whichever is earlier.
2      5.  If a petition is timely filed, upon adjudication of all
3  third-party interests, if any, this Court will enter a Final
4  Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28
5  U.S.C. § 2461(c), in which all interests will be addressed.
6      SO ORDERED this 16th day of May, 2012.

*[signature: Lawrence K. Karlton]*

LAWRENCE K. KARLTON
United States District Judge